# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147661

In re PETITION OF INGHAM COUNTY
TREASURER FOR FORECLOSURE OF
CERTAIN PARCELS OF PROPERTY DUE TO
UNPAID 2009 and PRIOR YEARS' TAXES,
INTEREST, PENALTIES, and FEES.

SC: 147661
COA: 312547
Ingham CC: 11-000675-CZ

_____/

On order of the Court, the application for leave to appeal the July 24, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Ingham Circuit Court for consideration of whether the petitioners were given adequate notice prior to the foreclosure of the property. See *In re Petition by Wayne Co Treasurer*, 478 Mich 1, 8, 10 (2007) (holding that MCL 211.78k(6) deprives the circuit court of jurisdiction to alter a judgment of foreclosure, but that such a rule could, in some cases, violate a person's constitutional right to due process).

We do not retain jurisdiction.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2014

s0514

Clerk